# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

Case #:

IN THE MATTER OF THE:

COMPLAINT OF JAMES S. MAUNEY &
NATALIE J. MAUNEY AS OWNERS OF
S/Y NATALIE, 1985 WESTERLY CORSAIR 36
(HIN # WMCCS079G585; OFFICIAL # 691583)
FOR EXONERATION
FROM OR LIMITATION OF LIABILITY.
_____/

**DECLARATION OF VALUE**

Pursuant to 28 U.S.C. Section 1746, the undersigned, Ronald Milardo, declares and states under penalty of perjury that the following is true and correct:

1. My name is Ronald Milardo.

2. I am over eighteen years of age and am legally competent to testify.

3. I am a member of Cooper Capital Specialty Salvage, LLC (hereinafter "Cooper") The company's office address is 123 Elm Street, Suite 100, Old Saybrook, CT 06475.

4. I have owned Cooper for approximately 22 years.

5. This declaration is based upon my personal knowledge of the matters stated herein combined with the business records of Cooper.

6. Cooper is a company that operates a non-auto marketplace for the sale of specialty salvage assets nationwide.

7. A substantial portion of Cooper's business is the auction sale of boats, yachts and other vessels that are damaged or destroyed in marine causalities such as hurricanes.

8. After Hurricane Michael, Cooper was hired to sell the Petitioners' vessel, the S/Y NATALIE. She is a 1985 Westerly Corsair 36 sailboat bearing hull identification number WMCCS079G585.

9. The S/Y NATALIE was sold through Cooper's online auction system on 4/8/2019 for a gross sales price of $300.00.

10. Based on my training and experience at Cooper with regard to the salvage sale of similar vessels, with similar damage, $300.00 was fair market value for S/Y NATALIE in its "as is" condition.

FURTHER DECLARANT SAYETH NOT.

Executed this 17 day of May 2019

By: _____
Ronald Milardo
Cooper Capital Specialty Salvage, LLC