IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF JAMES S. MAUNEY & NATALIE J. MAUNEY AS OWNERS OF S/Y NATALIE, 1985 WESTERLY CORSAIR 36 (HIN#WMCCS079G585, OFFICIAL #691583) FOR EXONERATON FROM OR LIMITATION OF LIABILITY, | § § § § § § § | CASE NO. 5:19-cv-00136-MCR-MJF |
| Petitioners. | § | |

### JAMES LOVETT and JACQUELYN LOVETT'S ANSWER TO PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

James Lovett and Jacquelyn Lovett, (hereinafter "Defendants"), in response to the Petition of James S. Mauney and Natalie J. Mauney, as owners of the S/Y NATALIE (HIN# WMCCS079G585, OFFICIAL #691583), answer the Petition as follows:

1. Admitted.

2. Admitted.

3. Admitted, upon information and belief.

4. Defendants deny that Petitioners are entitled to relief under 46 U.S.C. § 30501 *et seq*.

5. Admitted, upon information and belief.

6. Admitted.

7. Admitted.

8. Defendants are without sufficient information or knowledge to admit or deny this allegation and, therefore, deny the same.

- 1 -

9. Defendants admit that Hurricane Michael has been upgraded to a Category 5 Hurricane and that it struck portions of the Florida Panhandle with exceptional force, but are without sufficient information or knowledge to admit or deny the remaining allegations and, therefore, deny the same.

10. Admitted, upon information and belief.

11. Defendants are without sufficient information or knowledge to admit or deny the allegations and, therefore, deny the same.

12. Defendants are without sufficient information or knowledge to admit or deny the allegations and, therefore, deny the same.

13. Defendants admit that, after Hurricane Michael had passed through the area, Petitioners' vessel, as well as other vessels, were found against Defendants' seawall and dock. Defendants are without sufficient information or knowledge to admit or deny the remaining allegations and, therefore, deny the same.

14. Defendants admit that additional vessels were found against Defendants' seawall and dock after Hurricane Michael passed through the area. Defendants are without sufficient information or knowledge to admit or deny the remaining allegations, as worded, and, therefore, deny the same.

15. Defendants are without sufficient information or knowledge to admit or deny the allegations and, therefore, deny the same.

16. Defendants are without sufficient information or knowledge to admit or deny the allegations, and, therefore, deny the same.

17. Denied.

18. Admitted.

19. Defendants are without sufficient information or knowledge to admit or deny the allegations, and, therefore, deny the same.

20. Admitted, upon information and belief.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Defendants deny that Petitioners are entitled to the benefit of the provisions of 46 U.S.C. § 30501 *et seq.* and that Petitioners are otherwise entitled to the relief sought.

26. Denied.

27. Denied.

28. Defendants are without sufficient information or knowledge to admit or deny the allegations, and, therefore, deny the same.

29. Defendants are without sufficient information or knowledge to admit or deny the allegations, and, therefore, deny the same.

30. Defendants are without sufficient information or knowledge to admit or deny the allegations, and, therefore, deny the same.

31. No response is required of these Defendants. To the extent a response is required, Defendants are without sufficient information or knowledge to admit or deny the allegations, and, therefore, deny the same.

32. Denied.

33. Denied.

### AFFIRMATIVE DEFENSES

1. Petitioners are not entitled to the relief sought in their Petition.

2. Petitioners have failed to state a claim upon which relief can be granted.

3. Defendants plead laches, estoppel, waiver, and unclean hands.

4. Defendants allege that Petitioners were negligent in causing damage to Defendants' property and that such negligence occurred within the privity and knowledge of the Petitioners within the meaning of 46 U.S.C. § 30501 *et seq.*

5. Defendants assert that the Petitioners' vessel was unseaworthy, which proximately caused the subject incident and resulting damage, and that said unseaworthiness was within the privity or knowledge of the Petitioner within the meaning of 46 U.S.C. § 30501 *et seq.*

6. Defendants assert that the Petitioners' claims are not subject to limitation or exoneration of liability under 46 U.S.C. § 30501 *et seq.*

7. Defendants assert that Petitioners failed to post adequate and sufficient security.

8. Defendants contest the alleged valuation of Petitioners' vessel, and reserve their right to seek an increase in the amount of funds deposited by Petitioners once the value of that vessel can be more definitely ascertained.

9. Defendants reserve the right to assert any and all additional affirmative defenses which discovery may reveal to be appropriate.

Respectfully submitted,

/s/ *Paul T. Beckmann*
PAUL T. BECKMANN
    Florida Bar No. 0048941
LESLIE D. SHEEKLEY
    Florida Bar No. 0499064
*Attorneys for Claimants*
*James Lovett and Jacquelyn Lovett*

HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax: (251) 694-6375
pbeckmann@handarendall.com

HAND ARENDALL HARRISON SALE LLC
35008 Emerald Coast Parkway, Suite 500
Destin, Florida 32541
Phone: (850) 650-0010
Fax: (850) 424-5093
lsheekley@hsmclaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on July 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Attorneys for Petitioners
Andrew N. Mescolotto, Esquire
FRETIG AND GRAMLING
200 Southeast 13th Street
Fort Lauderdale, Florida 33316
anm@fertig.com

                                                          /s/ *Paul T. Beckmann*
                                                          PAUL T. BECKMANN

3692419_1