IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF JAMES S. MAUNEY & NATALIE J. MAUNEY AS OWNERS OF S/Y NATALIE, 1985 WESTERLY CORSAIR 36 (HIN#WMCCS079G585, OFFICIAL #691583) FOR EXONERATON FROM OR LIMITATION OF LIABILITY, | § § § § § § | CASE NO. 5:19-cv-00136-MCR-MJF |
| Petitioners. | § | |

## CLAIM OF
## JAMES LOVETT and JACQUELYN LOVETT

James Lovett and Jacquelyn Lovett ("Claimants") make this claim against James S. Mauney and Natalie J. Mauney ("Petitioners"), as owners of the S/Y NATALIE (the "Vessel"), as follows;

1. Petitioners filed the above-styled Limitation of Liability action seeking exoneration from or limitation of liability for the damages caused by the Vessel.

2. Claimants are citizens of the State of Florida. Claimants assert, on information and belief, that Petitioners were, at all times relevant hereto, citizens of the State of Florida and were the owners and operators of the Vessel.

3. On October 10, 2018, Petitioners' Vessel broke loose from its anchorage and/or moorings and caused substantial damage to property owned by Claimants, including Claimants' docks, seawall and deck railings, all of which were then located at Claimant's residence at 1501 Tyndall Drive in Panama City, Florida. Claimants' 60' Hatteras moored at that address was also

severely damaged on that same date by vessels that had broken loose from their anchorage and/or moorings.

4. Claimants contest Petitioners' right to exoneration as well as their right to limitation of liability under the facts of this case.

5. Even if Petitioners were entitled to limit their liability, which is denied, Claimants contest Petitioners' asserted valuation of the Vessel and reserve their right to seek an increase in the amount of funds deposited by Petitioners once the value of the Vessel can be more definitely ascertained.

### Negligence and Unseaworthiness

6. Petitioners are not entitled to exoneration or limitation of liability inasmuch as the damage to Claimants' property occurred as a result of the unseaworthiness of the Vessel and/or Petitioners' negligent and otherwise actionable failure to take appropriate precautions to protect the Vessel and the property of others from the anticipated impact of Hurricane Michael. Namely, Petitioners failed to properly secure the Vessel at an appropriate location and in an appropriate manner and/or were unable to so secure the Vessel due to its unseaworthiness. The Vessel's unseaworthiness and Petitioners' failure to take appropriate precautions were certainly within the privity and knowledge of Petitioners.

7. As a result of the unseaworthiness of the Vessel and/or Petitioners' failure to properly secure the Vessel at an appropriate location and in an appropriate manner, the Vessel broke free of its moorings and/or anchorage and struck stationary objects located at Claimants' property.

8. Claimants sustained property damage totaling $993,590 (dock repair estimate - $345,590; seawall repair estimate - $48,000; and destruction of 60' Hatteras - $600,000), plus

interest, and claim the same as well as any and all other damages sustained by Claimants and allowed by this Honorable Court, and hereby give notice of their intent to hold the Petitioners responsible for any and all damages sustained by reason of Petitioners' negligence and otherwise improper conduct and/or the unseaworthiness of Petitioners' Vessel.

Respectfully submitted,

/s/ Paul T. Beckmann
PAUL T. BECKMANN
    Florida Bar No. 0048941
LESLIE D. SHEEKLEY
    Florida Bar No. 0499064
*Attorneys for Claimants*
*James Lovett and Jacquelyn Lovett*

HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax: (251) 694-6375
    pbeckmann@handarendall.com

HAND ARENDALL HARRISON SALE LLC
35008 Emerald Coast Parkway, Suite 500
Destin, Florida 32541
Phone: (850) 650-0010
Fax: (850) 424-5093
    lsheekley@hsmclaw.com

# CERTIFICATE OF SERVICE

I do hereby certify that on July 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

<u>Attorneys for Petitioners</u>
Andrew N. Mescolotto, Esquire
FRETIG AND GRAMLING
200 Southeast 13th Street
Fort Lauderdale, Florida 33316
    anm@fertig.com

 

                                                   */s/ Paul T. Beckmann*
                                                   PAUL T. BECKMANN

3692470_1