IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT § | | |
| OF JAMES S. MAUNEY & NATALIE J. | | |
| MAUNEY AS OWNERS OF S/Y NATALIE, § | | CASE NO. |
| 1985 WESTERLY CORSAIR 36 | | |
| (HIN#WMCCS079G585, OFFICIAL #691583) § | | 5:19-cv-00136-MCR-MJF |
| FOR EXONERATON FROM OR | | |
| LIMITATION OF LIABILITY, § | | |
| | | |
| Petitioners. § | | |

**UNOPPOSED MOTION FOR LEAVE
TO FILE THE CLAIM AND ANSWER OF GOTTA LOVETT, LLC**

Potential Claimant, Gotta Lovett, LLC (hereinafter referred to as "Claimant"), by and through its undersigned counsel, hereby seeks leave to file a Claim and Answer in response to the Petition (Doc. 1 in the above-referenced matter) filed by James S. Mauney and Natalie J. Mauney ("Petitioners"), as owners of the S/Y NATALIE. As grounds for this motion, Claimant states as follows:

1. Undersigned counsel previously filed a timely claim (Doc. 9) and answer (Doc. 8) on behalf of James Lovett and Jacquelyn Lovett. The Lovetts' claim includes a claim for damage to the vessel GOTTA LOVETT. The GOTTA LOVETT is a 60' Hatteras that sustained damage on October 10, 2018 while moored at the Lovetts' property at 1501 Tyndall Drive in Panama City, Florida.

2. Undersigned counsel has learned that the vessel GOTTA LOVETT was owned by James and Jacquelyn Lovett through Claimant Gotta Lovett, LLC. Claimant is a Florida limited liability company wholly owned by James Lovett and Jacquelyn Lovett, both citizens of the State

of Florida. The leave requested herein is intended to clarify the ownership of the vessel GOTTA LOVETT and does not seek entitlement to dollar amounts for damage to the vessel GOTTA LOVETT that were not previously sought by the Lovetts.

## NOTICE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

The undersigned certifies that, through correspondence with counsel for Petitioners, James and Natalie Mauney, on July 16, 2019, counsel for Petitioners has graciously agreed not to oppose a motion for leave.

WHEREFORE the Gotta Lovett, LLC seeks an Order of this Honorable Court for Leave to promptly file a claim and answer on behalf of Gotta Lovett, LLC.

Respectfully submitted,

*s/ Paul T. Beckmann*
PAUL T. BECKMANN
    Florida Bar No. 0048941
LESLIE D. SHEEKLEY
    Florida Bar No. 0499064
*Attorneys for Claimant Gotta Lovett, LLC*

HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax: (251) 694-6375
    pbeckmann@handarendall.com

HAND ARENDALL HARRISON SALE LLC
35008 Emerald Coast Parkway, Suite 500
Destin, Florida 32541
Phone: (850) 650-0010
Fax: (850) 424-5093
    lsheekley@hsmclaw.com

## CERTIFICATE OF SERVICE

      I do hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

<u>Attorneys for Petitioners</u>
Andrew N. Mescolotto, Esquire
FRETIG AND GRAMLING
200 Southeast 13th Street
Fort Lauderdale, Florida 33316
      anm@fertig.com

                          */s/ Paul T. Beckmann*
                          PAUL T. BECKMANN

3703174_1