IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF JAMES S. MAUNEY & NATALIE J. MAUNEY AS OWNERS OF S/Y NATALIE, 1985 WESTERLY CORSAIR 36 (HIN#WMCCS079G585, OFFICIAL #691583) FOR EXONERATON FROM OR LIMITATION OF LIABILITY, | § § § § § § | CASE NO. 5:19-cv-00136-TKW-MJF |
| Petitioners. | § | |

## NOTICE OF FILING MOTION TO CONSOLIDATE

Come now, Claimants James Lovett, Jacquelyn Lovett, and Gotta Lovett, LLC and hereby notify this Honorable Court that they have filed *In the matter of the Complaint of Thomas Mudge, as Owner of BOUT TIME AGAIN (HIN: LHRC232K001) in a Cause of Exoneration from or Limitation of Liability*, Case No. 5:19:cv-00096-TKW-MJF the attached Unopposed Motion to Consolidate.

Respectfully submitted,

*/s/ Paul T. Beckmann*
PAUL T. BECKMANN
    Florida Bar No. 0048941
LESLIE D. SHEEKLEY
    Florida Bar No. 0499064
*Attorneys for Claimants*
*James Lovett; Jacquelyn Lovett;*
*and Gotta Lovett, LLC*

HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax: (251) 694-6375
    pbeckmann@handfirm.com

HAND ARENDALL HARRISON SALE LLC
35008 Emerald Coast Parkway, Suite 500
Destin, Florida 32541
Phone: (850) 650-0010
Fax: (850) 424-5093
    lsheekley@handfirm.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

<u>Attorney for Petitioners</u>
Andrew N. Mescolotto, Esquire
FRETIG AND GRAMLING
200 Southeast 13th Street
Fort Lauderdale, Florida 33316
  anm@fertig.com

            */s/ Paul T. Beckmann*
            PAUL T. BECKMANN

3713083_1

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF THOMAS MUDGE, AS OWNER OF *BOUT TIME AGAIN* (HIN: LHRC232K001) IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY, § § § § § | | CASE NO. 5:19-cv-00096-TKW-MJF |
| Petitioner. § | | |

### CONSOLIDATE WITH

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF JAMES S. MAUNEY & NATALIE J. MAUNEY AS OWNERS OF S/Y NATALIE, 1985 WESTERLY CORSAIR 36 (HIN#WMCCS079G585, OFFICIAL #691583) FOR EXONERATON FROM OR LIMITATION OF LIABILITY, § § § § § § § | | CASE NO. 5:19-cv-00136-TKW-MJF |
| Petitioners. § | | |

### UNOPPOSED MOTION TO CONSOLIDATE

Come now, Claimants James Lovett, Jacquelyn Lovett, and Gotta Lovett, LLC through undersigned counsel of record, and move this Court to consolidate the above-styled *Mauney* action with the earlier filed, above-referenced *Mudge* action for purposes of discovery, pursuant to Rule 42(a) of the *Federal Rules of Civil Procedure*. As grounds for this unopposed motion, Claimants show as follows:

1. Petitioner Thomas Mudge and Petitioners James and Natalie Mauney filed the above-referenced limitation of liability actions seeking to limit their liability for

damages sustained by property owned by Claimants James Lovett, Jacquelyn Lovett, and Gotta Lovett, LLC on or about October 10, 2018 when Petitioners' vessels broke free of their moorings in Watson Bayou.

2. These actions concern common questions of law and fact relating to damages and liability and consolidation of these actions for purposes of discovery will avoid unnecessary costs and increase judicial economy. *See* Fed. R. Civ. P. 42(a).

3. In this matter, convenience and judicial economy are also furthered by the fact that Claimants are identical in both actions and are represented by the same counsel.

4. Notice of the filing of this Motion to Consolidate has been filed in the later filed case, *In the Matter of the Complaint of James S. Mauney & Natalie J. Mauney as Owners of the S/Y NATALIE, 1985 Westerly Corsair 36 (HIN #WMCCS079G585, Official #691583) for exoneration from or Limitation of Liability*, Case No. 5:19-cv-00136-TKW-MJF.

## NOTICE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

The undersigned certifies that, through correspondence with counsel for Petitioner Thomas Mudge and counsel for Petitioners James and Natalie Mauney, on August 5, 2019, counsel for Petitioners in both of the above-referenced actions have agreed not to oppose the filing of this Motion to Consolidate.

WHEREFORE, Claimants James A. Lovett, Jacquelyn Lovett, and Gotta Lovett, LLC respectfully request that this Honorable Court enter an order consolidating, for

purposes of discovery, the above-styled *Mauney* action with the earlier filed, above-referenced *Mudge* action, both of which are pending in this Court.

                                                                          Respectfully submitted,

                                                                   */s/ Paul T. Beckmann*
                                                                   PAUL T. BECKMANN
                                                                        Florida Bar No. 0048941
                                                                 DOUGLAS W. FINK   Pro Hac
                                                                        ASB-3798-F34D
                                                              LESLIE D. SHEEKLEY
                                                                        Florida Bar No. 0499064
                                                  *Attorney for Claimants*
                                                  *James Lovett; Jacquelyn Lovett;*
                                                  *and Gotta Lovett, LLC*

HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Phone:   (251) 432-5511
Fax:       (251) 694-6375
      pbeckmann@handfirm.com
      dfink@handfirm.com

HAND ARENDALL HARRISON SALE LLC
35008 Emerald Coast Parkway, Suite 500
Destin, Florida  32541
Phone:   (850) 650-0010
Fax:       (850) 424-5093
      lsheekley@handfirm.com

## **CERTIFICATE OF SERVICE**

        I do hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Attorneys for Petitioner Thomas Mudge
Robert B. Birthisel, Esquire
Jules V. Massee, Esquire
Whittni M. Hodges, Esquire
HAMILTON, MILLER & BIRTHISEL, LLP
100 S. Ashley Drive, Suite 1210
Tampa, Florida  33602
    cbbserv@hamiltonmillerlaw.com
    rbirthisel@hamiltonmillerlaw.com
    jmassee@hamiltonmillerlaw.com
    whodges@hamiltonmillerlaw.com

Attorney for James S. Mauney and Natalie J. Mauney
Andrew N. Mescolotto, Esquire
FRETIG AND GRAMLING
200 Southeast 13th Street
Fort Lauderdale, Florida  33316
    anm@fertig.com

                                                   */s/ Paul T. Beckmann*
                                                   PAUL T. BECKMANN

3703402_1