IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

Case #: 5:19cv136-TKW/MJF

IN THE MATTER OF THE:
COMPLAINT OF JAMES S. MAUNEY &
NATALIE J. MAUNEY AS OWNERS OF
S/Y NATALIE, 1985 WESTERLY CORSAIR 36
(HIN # WMCCS079G585; OFFICIAL # 691583)
FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,

    Petitioners,

v.

JAMES LOVETT and
JACQUELYN LOVETT,

    Claimants.
_____/

**PETITIONERS' WITNESS LIST FOR TRIAL**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) Petitioners, JAMES S. MAUNEY and NATALIE J. MAUNEY, hereby disclose the following witnesses who may be called to testify at trial of this matter:

1. James S. Mauney
   Natalie S. Mauney
   C/O Fertig & Gramling
   200 SE 13 Street
   Fort Lauderdale, FL 33316
   954-763-5020

2. Thomas P. Mudge
   2854 Longleaf Road
   Panama City, FL 32495
   850-774-2956

3. James Lovett
   Jacquelyn Lovett
   1501 Tyndall Drive
   Panama City, Florida 32401-4072
   Phone number unknown

4. Kenneth Gleason
   1513 Tyndall Drive
   Panama City, Florida 32401
   (850) 257-1423

5. Lonney C.J. Johnson
   1707 Tyndall Drive
   Panama City, FL 32401
   325-280-8988

6. Kenneth Schnell
   1304 Tyndall Drive
   Panama City, FL 32401
   Phone number unknown

7. Corporate Representative
   Atlantic Yacht and Ship
   850 NE 3rd Street, #213
   Dania Beach, FL 33004
   888-602-8105

8. ReRe White
   Boat Insurance Admin. Offices
   Claims Department
   5323 Port Royal Road
   Springfield, VA 22151
   800-937-1937

9. Corporate Representative
   Boat Insurance Admin. Offices
   Claims Department
   5323 Port Royal Road
   Springfield, VA 22151
   800-937-1937

10. Corporate Representative
    Travis Vanderloop
    Compass Adjusting Services, Inc.
    7608 Benbrook Parkway, Suite 110
    Benbrook, TX 76126
    817-731-5008

11. Representatives of NOAA
    Communications and Outreach Branch, NOAA, N/NGS12
    National Geodetic Survey, SSMC3 #9340
    1315 East-West Highway
    Silver Spring, MD 20910-3282
    301-713-3242

12. Carolina/Atlantic Marine Services
    PO Box 77053
    Charlotte, NC 28271
    704-708-5709

13. 30(b)(6) Corporate Representative
    All Boat Listings.com
    445 Park Avenue
    9th & 10th Floors
    New York, NY 10022
    Phone number unknown

14. Ron Milardo
    Cooper Capital Specialty Salvage, LLC
    123 Elm Street, Suite 700
    Old Saybrook, CT 06475
    860-395-4745

15. Corporate Representative
    and employees of
    Panama City New Herald
    501 W. 11th Street
    Panama City, FL 32401
    850-747-5000

16. Brandon Davis
    Sea Tow Services International, Inc.
    PO Box 1178
    Southhold, NY 11971
    800-473-2869

17. Corporate Representative
    The News Herald
    501 W. 11th Street
    Panama City, FL 32401

18. Christopher Mills
    Southern Yacht Surveyors
    118 N. Claire Drive
    Panama City, Florida 32401
    850-913-1595

19. Austin L. Dooley, Ph.D.
    Dooley Seaweather Analysis, Inc.
    P.O. Box 63
    City Island, NY 10464
    718-885-0962

All witness disclosed by Claimants, reserving pre-trial objections.

All expert witnesses disclosed by Claimants, reserving pre-trial objections.

Impeachment witnesses as needed

Discovery is ongoing.  Petitioners reserve the right to supplement this witness list in advance of trial.

                                Respectfully Submitted,

By:    /s Andrew N. Mescolotto
        ANDREW N. MESCOLOTTO
        Fla. Bar. No. 28141
        FERTIG AND GRAMLING
        200 Southeast 13th Street
        Fort Lauderdale, FL 33316
        PH:   (954) 763-5020
        FX:   (954) 763-5412
        anm@fertig.com
        *Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was served by e-mail on May 29, 2020, on all counsel or parties of record on the Service List below.

          Respectfully Submitted,

          <u>/s Andrew N. Mescolotto</u>
          Andrew N. Mescolotto
          anm@fertig.com
          FERTIG AND GRAMLING
          *Attorneys for Petitioners*

## SERVICE LIST
Case #: 5:19cv136-TKW/MJF

| | |
|---|---|
| Andrew N. Mescolotto | Douglas Fink |
| andrew.mescolotto@fertig.com | dfink@handarendall.com |
| FERTIG AND GRAMLING | Paul T. Beckmann |
| 200 Southeast 13th Street | pbeckmann@handarendall.com |
| Fort Lauderdale, FL 33316 | Leslie D. Sheekley |
| PH:  (954) 763-5020 | lsheekley@hsmclaw.com |
| FX:  (954) 763-5412 | Hand Arendall Harrison Sale, LLC |
| *Attorneys for Petitioners* | 35008 Emerald Coast Pkwy Ste 500 |
| *Via CM/ECF* | Destin, FL 32541-4753 |
| | *Attorney for Claimants* |
| | *James Lovett and Jacqueline Lovett* |
| | *Via CM/ECF* |